■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL CODRINGTON, Appellant. [622 NYS2d 450] —Judgment, Supreme Court, Bronx County (Richard Price, J.), rendered July 28, 1987, convicting defendant, after a jury trial, of burglary in the second degree, and sentencing him to a term of 1½ to 4½ years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference *(People v Malizia,* 62 NY2d 755, cert denied 469 US 932), defendant's guilt was proven beyond a reasonable doubt by legally sufficient evidence and the verdict was not against the weight of the evidence *(People v Bleakley,* 69 NY2d 490). The evidence relating to defendant's claim that he did not intend to burglarize the subject premises and was under the delusion that a relative lived there was properly placed before the jury, and we find no reason to disturb its determination. Concur—Sullivan, J. P., Ellerin, Kupferman and Williams, JJ.